THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL FALK, Appellant, v. THE SHERIFF OF NEW YORK COUNTY, or Any Other Person Having the Custody of WILLIAM F. DOYLE.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of JAMES A. HIGGINS, Commissioner of Accounts of the City of New·York, Appellant, for a Warrant for the Arrest and Commitment to Jail of ROBERT W. MALONEY, Respondent.— Order reversed. Respondent directed to answer as indicated in order. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of JAMES A. HIGGINS, Commissioner of Accounts of the City of New York, Appellant, for a Warrant for the Arrest and Commitment to Jail of ROBERT W. MALONEY, Respondent.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

## SECOND DEPARTMENT, JULY, 1931.

YONKERS BUILDERS' SUPPLY COMPANY, Plaintiff, v. PRESIDENT AND TRUSTEES OF THE VILLAGE OF OSSINING, Defendants.

Upon the agreed statement of fact, judgment rendered for the defendants that the claim of plaintiff against defendants for $2,599.10 for extending the sewer be denied. The right to maintain the sewer to the end of the pier impliedly gave defendants the right, so far as plaintiff was concerned, to discharge sewage into the river at that point. The maintenance of the sewer and the discharge of sewage into the river for a period of sixteen years indicate that the parties to the original easement construed the easement to include that right. Plaintiff's interference with this use of the sewer by the extension of its pier, imposed the obligation upon it to pay the expense of the additional piping necessary. Lazansky, P. J., Tompkins and Davis, JJ., concur; Hagarty, J., with whom Carswell, J., concurs, dissents, with a separate opinion.

HAGARTY, J. (dissenting). In the year 1929 plaintiff became the owner of lands under water at Ossining, Westchester county, N. Y., upon which there was constructed a dock or bulkhead extending into the waters of the Hudson river. Plaintiff took title and held this property subject to an easement granted by plaintiff's predecessor in title to the defendants to maintain a trunk sewer upon and along the dock as constructed, terminating at the outer face of said dock or bulkhead, which was also the westerly line or boundary of the easement. Subsequently the plaintiff sought to extend this dock into the channel, but the defendants objected upon the ground that it would interfere with the discharge of the